Thank you very much. Uh, Dave back there, he's live in Arizona. Dave matter.
judges: Kleinfeld, Ikuta, Watford